UNITED STATES DISTRCT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TWYLA PRINDLE, individually and on
Behalf of a class of persons similarly situated,

    Plaintiff,                          Case No.: 3:13-cv-01349-MMH-PDB

CARRINGTON MORTGAGE SERVICES, LLC

    Defendant.
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT CARRINGTON
MORTGAGE SERVICES, LLC'S MOTION TO DISMISS**

Plaintiff, TWYLA PRINDLE, by and through her undersigned counsel, respond to Defendant, CARRINGTON MORTGAGE SERVICES, LLC's ("CARRINGTON") Motion to Dismiss by informing this Court that Plaintiff has filed her First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

The First Amended Complaint raises wholly new claims that are federal in nature and drops all state law claims. Accordingly, Carrington's Motion to Dismiss is now moot.

WHEREFORE, Plaintiff respectfully requests this Honorable Court find that the Motion to Dismiss be moot in light of the filing of the First Amended Complaint.

Dated: December 2, 2013.                                  **VARNELL & WARWICK, P.A.**

                                              By:    /s/ Janet R. Varnell
                                                        **JANET R. VARNELL, FBN: 0071072**
                                                        *jvarnell@varnellandwarwick.com*
                                                        **BRIAN W. WARWICK, FBN: 0605573**
                                                        *bwarwick@varnellandwarwick.com*
                                                        **STEVEN T. SIMMONS, JR., FBN: 0091654**
                                                         *ssimmons@varnellandwarwick.com*
                                                         20 La Grande Blvd.
                                                        The Villages, FL 32159
                                                        Telephone: (352) 753-8600

                                                        **COLLINS & STORY, P.A.**
                                                       **MAX STORY, FBN: 527238**
                                                       233 Easy Bay Street, Suite 920
                                                       Jacksonville, FL 32202
                                                       Telephone: (904) 355-0805
                                                       Facsimile: (904) 634-1507
                                                       *max@collinsstorylaw.com*

                                                        **LEGG LAW FIRM, LLC**
                                                       **SCOTT CRAIG BORISON**
                                                       ***(PRO HAC VICE, TBD)***
                                                       5500 Buckystown Pike
                                                       Frederick, MD 21703
                                                       Telephone: (301) 620-1016
                                                      Facsimile: (301) 620-1018
                                                      *Borison@legglaw.com*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this   2nd   day of December, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and that a true and correct copy of the foregoing has been furnished via electronic mail to:

Justin E. Hekkanen
*Justin.hekkanen@akerman.com*
*Emory.woodard@akerman.com*
50 North Laura Street
Suite 3100
Jacksonville, FL  32202

William P. Heller
*William.heller@akerman.com*
*Lorraine.corsaro@akerman*
Las Olas Center II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, FL  33301-2229

             /s/ Janet R. Varnell
             **JANET R. VARNELL**